No. 479. GREAT SOUTHERN GAS AND OIL COMPANY, PETITIONER, *v.* LOGAN NATURAL GAS AND FUEL CO. October 21,

1907.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.    *Mr. William B. Sanders* and *Mr. A. R. Sheriff* for petitioner.    *Mr. James H. Beal, Mr. C. H. Grosvenor, Mr. John G. Reeves* and *Mr. M. A. Daugherty* for respondent.

---

